# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131759

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DEBRA MARIE CARR,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131759
COA: 260958
Dickinson CC: 04-003208-FH

On order of the Court, the application for leave to appeal the June 6, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006 _____

t1120

_____
Clerk